## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| JEFFREY COTTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-cv-4007 |
| | ) |
| ROCK ISLAND HOUSING | ) |
| AUTHORITY, et al., | ) |
| | ) |
| Defendants. | ) |

## N O T I C E and O R D E R

Before the Court is the Motion for Leave to Appeal in forma pauperis filed by Plaintiff, Jeffrey Cotton, on February 3, 2009 [Doc. 27].  The Motion is DENIED and this Court CERTIFIES that the appeal is not taken in good faith.

Plaintiff proceeded in forma pauperis (IFP) before the District Court.  As such, he may proceed IFP "without further authorization, unless:"

> (A) the district court – before or after the notice of appeal is filed – certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding.

Fed.R.App.Proc. 24(a)(3); See also, 28 U.S.C. § 1915(a)(3).

Plaintiff was granted an opportunity, pursuant to Celeske v. Edward, 164 F.3d 396 (7th Cir. 1999) to inform the Court of his grounds for appeal so that this Court may consider his Motion consistent with 28 U.S.C. § 1915 and Federal Rule of Appellate Procedure 24.  In response, Plaintiff merely states that he will appeal all adverse rulings made by this Court.  In light of this response, and the lack of any articulated

basis for appeal, this Court can only certify that this appeal is not taken in good faith.

The Clerk is directed to serve a copy of this Order and Notice upon the parties and the Court of Appeals.  The Plaintiff is reminded that, if he wishes to proceed on appeal in forma pauperis, he must "file a motion to proceed on appeal in forma pauperis with the court of appeals within 30 days after service" of this notice pursuant to Federal Rule of Appellate Procedure 24(a)(5).

Entered this 13th day of April, 2009

                                                s/ Joe B. McDade
                                                JOE BILLY MCDADE
                                           United States District Judge