# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| JEFFREY COTTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-cv-4007 |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| HOUSING AND URBAN | ) |
| DEVELOPMENT, ROCK ISLAND | ) |
| HOUSING AUTHORITY, CITY OF | ) |
| ROCK ISLAND, and ROCK ISLAND | ) |
| POLICE DEPARTMENT, | ) |
| | ) |
| Defendants. | ) |

## O R D E R

This matter is before the Court *sua sponte*. On September 2, 2008, this Court granted Defendants' Motions to Dismiss. In so doing, this Court dismissed with prejudice Plaintiff's claims regarding the 2006 towing of his vehicle. However, Plaintiff's claims related to discrimination he suffered after August 2007 were dismissed without prejudice. These claims were found to be insubstantial and vague. Finally, this Court declined to exercise supplemental jurisdiction over Plaintiff's state law claims. Judgment was entered by the Clerk in light of these holdings.

Plaintiff filed a notice of appeal on February 3, 2009. On July 8, 2009, the Seventh Circuit Court of Appeal dismissed the appeal for want of jurisdiction noting that the district court "does not appear to be finished with the claim of discrimination." When a complaint is dismissed without prejudice, a Plaintiff

generally has a right to file a motion to file an amended complaint to cure the deficiency noted. See Foster v. DeLuca, 545 F.3d 582, 584 (7th Cir. 2008). Plaintiff in this matter was deprived the opportunity to file a motion to amend his complaint (which would set forth his 2007 discrimination claims consistent with Federal Rule of Civil Procedure 8), by the entry of judgment.

In light of this error, the September 4, 2008 Judgment is hereby VACATED. Plaintiff is GRANTED leave to file a motion to amend his complaint to include claims that he was discriminated against after August, 2007. Plaintiff should attach any such proposed amended complaint to his motion. The motion must be filed by August 24, 2009. Plaintiff is WARNED however, that any such amended complaint must still comply with Rule 8 and any such motion may be denied if the proposed amended complaint would not survive a second motion to dismiss.

Entered this 4th day of August, 2009

                                              s/ Joe B. McDade
                                              JOE BILLY McDADE
                                           United States District Judge