# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

| | |
|---|---|
| JEFFREY COTTON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08-cv-4007 |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ROCK ISLAND HOUSING AUTHORITY, CITY OF ROCK ISLAND, and ROCK ISLAND POLICE DEPARTMENT, | ) |
| Defendants. | ) |

## O R D E R  &  O P I N I O N

Before the Court is Plaintiff's motion for leave to appeal in forma pauperis (IFP) (Doc. 49). The motion is DENIED because the Court finds and certifies that Plaintiff's appeal is not taken in good faith. See 28 U.S.C § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A). The reasons Plaintiff offers for taking an appeal are unreasonably vague, conclusory, and internally inconsistent. To the extent Plaintiff is appealing the September 2, 2008 dismissal of certain claims under Rule 12(b)(6) of the Federal Rules of Civil Procedure, the appeal is futile; Plaintiff has no reasonable chance of success in attempting to establish on appeal that these claims were stated clearly enough to suggest a plausible entitlement to relief. See Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 570 (2007).

The Clerk, pursuant to Fed. R. App. P. 24(a)(4)(A), shall immediately notify the Court of Appeals that this Court has denied Petitioner's IFP motion. Petitioner

should direct any additional motions concerning his IFP status on appeal to the Court of Appeals, pursuant to Fed. R. App. P. 24(a)(5).

Entered this 9th day of December, 2009.

                                                        Joe B. McDade
                                                JOE BILLY McDADE
                                            United States District Judge