E-FILED
Friday, 22 January, 2010  02:49:16 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JEFFREY COTTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-cv-4007 |
| ) | |
| ROCK ISLAND HOUSING ) | |
| AUTHORITY, et al., ) | |
| ) | |
| Defendants. ) | |

## O P I N I O N and O R D E R

Before the Court is the Motion for Leave to Appeal *in forma pauperis* filed by Plaintiff [Doc. 56]. Leave to appeal *in forma pauperis* already was denied by this Court on December 9, 2009 [Doc. 51]. Plaintiff should have filed the present motion with the Court of Appeals as provided by the Circuit Rule 3(b) Fee Notice filed on December 22, 2009 [Doc. 54]. As such, the Motion is TERMINATED. The Clerk is directed to forward the Motion to the Court of Appeals.

Entered this 22nd day of January, 2010

                                    s/ Joe B. McDade
                                    JOE BILLY MCDADE
                                    United States District Judge